UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KENNETH W. DELLINGER, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NDeX WEST, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-08291-BRO-AJW<br><br>**JUDGMENT OF DISMISSAL**<br><br>*[Assigned to the Honorable Beverly Reid O'Connell]* |

1  On March 9, 2017, the Court entered an Order granting the Motion to
2  Dismiss the First Amended Complaint, filed by defendant WELLS FARGO
3  BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a
4  Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB dismissing the First
5  Amended Complaint in its entirety.
6  Accordingly:
7  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**
8  1.  The Request for Judicial Notice is GRANTED;
9  2.  The First Amended Complaint is dismissed, as to all causes of action, with prejudice;
10 
11 3.  Judgment is entered in favor of defendant WELLS FARGO BANK,
12 N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a
13 Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB; *and*
14 4.  Plaintiff, Kenneth W. Dellinver will recover nothing in this action
15 from defendant WELLS FARGO BANK, N.A., successor by merger with Wells
16 Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings
17 Bank, FSB.

DATED: March 10, 2016

HO. I. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System*

| *Attorneys for Plaintiff, Kenneth W. Dellinger, Jr.:* | *Attorneys for Defendant NDeX West, LLC:* |
|---|---|
| Jack Ter-Saakyan, Esq.<br>Kenley Dygert, Esq.<br>JT LEGAL GROUP, APC<br>801 N. Brand Blvd., Suite 1130<br>Glendale, CA 91203<br>Tel.: (818) 745-1594 \| Fax: (747) 444-2369<br>Emails: jack@jtfirm.com;<br>kenley@jtlegalgroup.com | Edward A. Treder, Esq.<br>James T. Lee, Esq.<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 Pathfinder Rd., Suite 300<br>Diamond Bar, CA 91765<br>Tel.: (626) 915-5714 \| ax: (626) 915-0289<br>Emails: edwardt@bdfgroup.com;<br>jamesl@bdfgroup.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **March 10, 2017.**

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |